# Impact Outsourcing Solu Pay Register Report for SUNNYSIDE RV & TRUCK SALES as of 08/26/2011

| Personnel | | | | | |
|---|---|---|---|---|---|
| HOFFMAN, CYNTHIA M | Emp H01472 | | | Gender F | Term Date |
| 6801 BROOK CIRCLE | Dpt ALL | | | DOB 12/11/60 | |
| GRIFFIN, GA 30224 | W/C GA8810 | | | Hire 04/16/07 | |
| Status ACT FT | GA: MB-1 | | | Review | |
| Comp No | Check No(s) | | | | |
| 500.0000 Weekly | A 80731 | 299.66 | | | |
| Salary | | | | | |
| OFFICE / CLERIC | | | | | |
| EEO | | | | | |
| Exempt | | | | | |
| FLSA | | | | | |
| PayGrd | | | | | |
| Title OFFICE CLERICAL EXEMPT | | | | | |
| Acct 1 ########### | | | | | |
| Trn/ABA | | | | | |
| Direct Deposits | Vchr No(s) | | | | |
| Chk/Svg C | 000132 | | | | |
| Amt/% Balance | | | | | |

+Tax Info -- Federal M-1

| Pay Type | Current | MTD | QTD | YTD+ |
|---|---|---|---|---|
| REGULAR PAH H$ | 40.00 500.00 | 160.00 2000.00 | 360.00 4500.00 | 1000.00 12500.00 |
| TOTALS H$ | 40.00 500.00 | 160.00 2000.00 | 360.00 4500.00 | 1000.00 12500.00 |
| Net Totals | 299.66 | 1198.64 | 2713.34 | 7523.30 |

Deductions

| | Current | MTD | QTD | YTD+ |
|---|---|---|---|---|
| DENTAL | 16.40 | 65.60 | 131.20 | 377.20 |
| IRS TAX LEVY | 105.35 | 421.40 | 948.15 | 2633.75 |
| PROCESSING F | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL INCO | 27.69 | 110.76 | 249.21 | 692.25 |
| FICA - MEDIC | 7.25 | 29.00 | 65.25 | 181.25 |
| FICA - OASDI | 21.00 | 84.00 | 189.00 | 525.00 |
| GA INCOME TA | 22.65 | 90.60 | 203.85 | 566.25 |
| Total Ded | 200.34 | 801.36 | 1786.66 | 4976.70 |

# Impact Outsourcing Solu Pay Register Report for SUNNYSIDE RV & TRUCK SALES as of 08/19/2011

| Personnel | | | | | |
|---|---|---|---|---|---|
| HOFFMAN, CYNTHIA M | Emp H01472 | | | Gender F | Term Date |
| 6801 BROOK CIRCLE | Dpt ALL | | | DOB 12/11/60 | |
| GRIFFIN, GA 30224 | W/C GA8810 | | | Hire 04/16/07 | |
| Status ACT FT | GA: MB-1 | | | Review | |
| 500.0000 Weekly | Check No(s) A 79638 | 299.66 | | | |
| Salary | | | | | |
| OFFICE / CLERIC | | | | | |
| Exempt | | | | | |
| OFFICE CLERICAL EXEMPT | | | | | |
| ########### | | | | | |
| Direct Deposits Chk/Svg C Amt/% Balance | Vchr No(s) 000124 | | | | |

+Tax Info -- Federal M-1

| Pay Type | Current | MTD | QTD | YTD+ |
|---|---|---|---|---|
| REGULAR PAH H$ | 40.00 500.00 | 80.00 1000.00 | 280.00 3500.00 | 920.00 11500.00 |
| TOTALS H$ | 40.00 500.00 | 80.00 1000.00 | 280.00 3500.00 | 920.00 11500.00 |
| Net Totals | 299.66 | 599.32 | 2114.02 | 6923.98 |

Deductions

| | Current | MTD | QTD | YTD+ |
|---|---|---|---|---|
| DENTAL | 16.40 | 32.80 | 210.70 | 344.40 |
| IRS TAX LEVY | 105.35 | 210.70 | 737.45 | 2423.05 |
| PROCESSING F | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL INCO | 27.69 | 55.38 | 193.83 | 636.87 |
| FICA - MEDIC | 7.25 | 14.50 | 50.75 | 166.75 |
| FICA - OASDI | 21.00 | 42.00 | 147.00 | 483.00 |
| GA INCOME TA | 22.65 | 45.30 | 158.55 | 520.95 |
| Total Ded | 200.34 | 400.68 | 1385.98 | 4576.02 |

# Impact Outsourcing Solu Pay Register Report for SUNNYSIDE RV & TRUCK SALES as of 08/12/2011

| Personnel | | | | | |
|---|---|---|---|---|---|
| HOFFMAN, CYNTHIA M | Emp H01472 | | | Gender F | Term Date |
| 6801 BROOK CIRCLE | Dpt ALL | | | DOB 12/11/60 | |
| GRIFFIN, GA 30224 | W/C GA8810 | | | Hire 04/16/07 | |
| Status ACT FT | GA: MB-1 | | | Review | |
| 500.0000 Weekly | Check No(s) A 80270 | 299.66 | | | |
| Salary | | | | | |
| OFFICE / CLERIC | | | | | |
| Exempt | | | | | |
| OFFICE CLERICAL EXEMPT | | | | | |
| ########### | | | | | |
| Direct Deposits Chk/Svg C Amt/% Balance | Vchr No(s) 000128 | | | | |

+Tax Info -- Federal M-1

| Pay Type | Current | MTD | QTD | YTD+ |
|---|---|---|---|---|
| REGULAR PAH H$ | 40.00 500.00 | 120.00 1500.00 | 320.00 4000.00 | 960.00 12000.00 |
| TOTALS H$ | 40.00 500.00 | 120.00 1500.00 | 320.00 4000.00 | 960.00 12000.00 |
| Net Totals | 299.66 | 898.98 | 2413.68 | 7223.64 |

Deductions

| | Current | MTD | QTD | YTD+ |
|---|---|---|---|---|
| DENTAL | 16.40 | 49.20 | 114.80 | 360.80 |
| IRS TAX LEVY | 105.35 | 316.05 | 842.80 | 2528.40 |
| PROCESSING F | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL INCO | 27.69 | 83.07 | 221.52 | 664.56 |
| FICA - MEDIC | 7.25 | 21.75 | 58.00 | 174.00 |
| FICA - OASDI | 21.00 | 63.00 | 168.00 | 504.00 |
| GA INCOME TA | 22.65 | 67.95 | 181.20 | 543.60 |
| Total Ded | 200.34 | 601.02 | 1586.32 | 4776.36 |